Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HATCHETT MOUNTAIN CONSTRUCTION, INC., a California Corporation; and TIMOTHY J. KEMPKES, an individual; and HEBER D. FLOYD, JR. an individual,<br><br>　　　　Defendants. | Case No.:  C08-5477 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, the within action against Defendants HATCHETT MOUNTAIN CONSTRUCTION, INC., a California Corporation; TIMOTHY J. KEMPKES, an individual; and HEBER D. FLOYD, JR. an individual.  Service of the Summons and Complaint in this action has not been effectuated on any of the Defendants.  Plaintiffs have not previously filed or dismissed any similar action against Defendants.

///

///

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C08-5477 SC

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 22nd day of June, 2009, at San Francisco, California.

                                    SALTZMAN & JOHNSON
                                    LAW CORPORATION


                                    By:_____/S/_____
                                         Muriel B. Kaplan
                                         Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and all dates herein are herewith vacated.

Date:___June 24, 2009___          _____
                                    THE HONORABLE SAMUEL CONTI
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C08-5477 SC